FILED
 2016 Jun-15  PM 04:37
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| RUSSELL CAROTHERS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 1:16-cv-411-JEO |
| BANK OF AMERICA, N.A., et al., | ) |
| Defendants. | ) |

## SCHEDULING ORDER

This order is entered under Fed. R. Civ. P. 16(b) based on the parties' report of a planning meeting. This order governs further proceedings in this action unless modified for good cause shown.

1. **Pleadings and Parties:** No causes of action, defenses, or parties may be added after 8/15/2016 as to plaintiff(s) and 9/15/2016 as to defendant(s).

2. **Dispositive Motions:** All potentially dispositive motions must be filed no later than 5/15/2017.[1]

3. **Expert Testimony:** Unless modified by stipulation of the parties, the disclosures of expert witnesses--including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert--are due:

    From plaintiff(s):     by 10/14/2016

    From defendant(s):     by 11/18/2016

4. **Discovery limitations and cutoff:**

---

[1] The parties are directed to refer to the Initial Order entered in this action for specific briefing and submission requirements for dispositive motions.

(a) Unless modified by stipulation of the parties:

| | |
|---|---|
| **Depositions:** | Maximum of 5 by each party. |
| **Interrogatories:** | Maximum of 40 by any party directed to any other party. |
| **Requests for Production:** | Maximum of 40 by any party directed to any other party. |
| **Requests for Admission:** | Maximum of 30 by any party directed to any other party. |

(b) Unless modified by court order for good cause shown:

**Supplementation:** Supplementation of disclosures and discovery under Fed. R. Civ. P. 26(e) is due within a reasonable period of time after discovery of such information, but all such supplementation shall be provided by 3/15/2017.

**Deadline:** All discovery must be commenced in time to be completed by 4/14/2017.

**Privileged Material:** Pursuant to Fed. R. Evid. 502(b) and (d), the inadvertent disclosure of any privileged communication, information, document, or ESI shall not operate as a waiver of the privilege in this or any other proceeding to the extent the producing party complies with the requirements of Fed. R. Evid. 502(b) and Fed. R. Civ. P. 26(b)(5)(B).[2]

5. **Additional conference(s):** A pretrial conference will be scheduled in a separate order after the deadline for dispositive motions.

6. **Final lists:** The court will establish deadlines for the exchange and filing of final witness and exhibit lists and objections under Fed. R. Civ. P. 26(a)(3) at the pretrial conference.

---

[2] Before filing a motion regarding a discovery dispute, a party must comply with the discovery dispute resolution procedure outlined in the Initial Order entered in this action. After conferring in person or via telephone pursuant to that procedure, but before a motion regarding a discovery dispute is filed, the parties may request a conference with the undersigned, if they believe a conference may resolve their dispute without resort to a motion.

7. **Trial:** The parties shall be ready for trial on or after 9/5/2016, to be scheduled by separate order.

8. **Other Agreements Incorporated:** The report of parties may memorialize agreements not reflected here. This order incorporates any such agreements to the extent they do not conflict with the express terms of this order.

**DONE** this 15th day of June, 2016.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge