FILED
2016 Dec-06 PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| RUSSELL CAROTHERS and MEREDITH CAROTHERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 1:16-cv-00411-JEO |
| BANK OF AMERICA, N.A. and CARRINGTON MORTGAGE SERVICES LLC, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the court on the defendants' motion to compel the plaintiffs to respond to the defendants' discovery requests and to provide their initial disclosures. (Doc. 9). The motion is GRANTED. The plaintiffs are ORDERED to respond to the defendants' discovery requests and to provide their initial disclosures by December 20, 2016.

The parties have also advised the court that this case may be appropriate for mediation. The court encourages the parties to explore the possibility of mediation as soon as the case is in an appropriate posture to do so.

**DATED** this 6th day of December, 2016.

_/s/ John E. Ott_
_____
**JOHN E. OTT**
Chief United States Magistrate Judge
