FILED
2017 Apr-07 AM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RUSSELL CAROTHERS and MEREDITH CAROTHERS,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 1:16-cv-00411-JEO** |
| **BANK OF AMERICA, N.A. and CARRINGTON MORTGAGE SERVICES LLC,** | ) | |
| **Defendants.** | ) | |

# ORDER

The parties have advised the court that they desire to mediate this case under the Foreclosure Mediation Program offered by the Alabama Center for Dispute Resolution. (Doc. 19). They seek an order to so mediate. Upon consideration, the court finds that the case is appropriate for mediation. Accordingly, the motion (doc. 19) is **GRANTED**. It is hereby **ORDERED** that this case is **REFERRED** to the Foreclosure Mediation Program for mediation to be conducted, if possible, within the next 30 days. It is **FURTHER ORDERED** that any impacted deadlines in this case are extended 60 days, as requested. The parties are to keep the court informed of the status of the case.

**DONE**, this 7th day of April, 2017.

**JOHN E. OTT**
Chief United States Magistrate Judge